**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TRACY WHITAKER, | : | No. 139 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THOMAS MCGINLEY, SUPERINTENDENT, | : | |
| DELAWARE COUNTY DISTRICT | : | |
| ATTORNEY OFFICE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 3rd day of November, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for a Writ of Habeas Corpus" is DENIED.